May 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

VICTORIA NORTON, Appellant

NO. 14-13-00289-CR                     V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. We have inspected the record and find that there is a clerical error in the judgment because it does not contain appellant's thumbprint as required by article 42.01 of the Texas Code of Criminal Procedure. Otherwise, there is no error in the judgment. The trial court is ordered to modify the judgment to include appellant's thumbprint taken in accordance with article 38.33 of the Texas Code of Criminal Procedure, and the judgment is affirmed subject to modification of the judgment. We further order this decision certified below for observance.